Counsel Fin. II LLC v Bortnick (2023 NY Slip Op 01440)

Counsel Fin. II LLC v Bortnick

2023 NY Slip Op 01440

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, BANNISTER, AND MONTOUR, JJ.

971 CA 21-01511

[*1]COUNSEL FINANCIAL II LLC, PLAINTIFF-RESPONDENT,
v
BLAINE H. BORTNICK, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

MAGAVERN MAGAVERN GRIMM LLP, BUFFALO (EDWARD J. MARKARIAN OF COUNSEL), FOR DEFENDANT-APPELLANT.
WOODS OVIATT GILMAN LLP, BUFFALO (WILLIAM F. SAVINO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered September 23, 2021. The order granted plaintiff's motion for summary judgment in lieu of complaint. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Counsel Fin. II LLC v Bortnick ([appeal No. 2] — AD3d — [Mar. 17, 2023] [4th Dept 2023]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court